**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTONIA PALERMO,

          Plaintiff,

v.                                      Case No. 6:15-cv-1375-Orl-37DCI

GRUNAU COMPANY, INC.,

          Defendant.

---

## ORDER

This cause is before the Court on its own motion.

On November 4, 2016, the Court granted Defendant's motion for summary judgment as to Count IV of the Complaint ("**Retaliation Claim**") and denied the motion in all other respects. (Doc. 58 ("**Summary Judgment Order**").) Accordingly, the Court directed the Clerk to enter judgment in favor of Defendant on the Retaliation Claim. (*Id.* at 17.) However, the Summary Judgment Order also mistakenly directed the Clerk to enter judgment in favor of Plaintiff on her remaining claims for discrimination. ("**Discrimination Claims**").

Under Federal Rule of Civil Procedure 60(a), a court may correct at any time clerical mistakes in orders that arise from oversight or omission so that the order reflects the Court's intent at the time of the ruling. *See Weeks v. Jones*, 100 F.3d 124, 128 (11th Cir. 1996).

Here, the Court intended only to deny Defendant's motion for summary judgment as to Plaintiff's Discrimination Claims. (Doc. 58, pp. 11–12.) The Court will thus revise the Summary Judgment Order to match its intent.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.   The Court's Summary Judgment Order at Doc. 58 is **AMENDED** to delete the scrivener's error at paragraph 3 of the decretal directing the Clerk to enter judgment in favor of Plaintiff Antonia Palermo and against Defendant Grunau Company, Inc. on Counts I, II, and III. (Doc. 58, p. 17).

2.   The Clerk is directed to **VACATE** the judgment entered in favor of Plaintiff Antonia Palermo and against Defendant Grunau Company, Inc. as to Counts I, II, and III (Doc. 61).

3.   The Court will enter an amended summary judgment order contemporaneously.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 7, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record